# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

PHILIP MORDI, Individually and On Behalf of All
Other Persons Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PLANNED SECURITY SERVICES, INC. and
THE PLANNED COMPANIES, INC.

07 CIV 7192

TO: (Name and address of defendant)

The Planned Companies, Inc.
150 Smith Road
Parsippany, NJ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fran L. Rudich, Esq.
LOCKS LAW FIRM, PLLC
110 East 55th Street - 12th Floor
New York, New York 10022
Telephone: (212) 838-3333

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 13 2007

CLERK

DATE

(BY) DEPUTY CLERK