UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP MORDI, Individually and on behalf of all
Other persons similarly situated,

                           Plaintiffs,

    -v-

PLANNED SECURITY SERVICES, INC. and
THE PLANNED COMPANIES, INC.,

                           Defendants.

Case No.
07 CV 7192

AFFIDAVIT
OF SERVICE

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years old and reside at Yonkers, NY;

On August 16, 2007 at 3:00 p.m. at 150 Smith Road, Parsippany, NJ 07054, I served the within SUMMONS and COMPLAINT AND JURY DEMAND on PLANNED SECURITY SERVICES, INC., defendant therein named, by delivering a true copy of same to VIRGINIA LEEWAYE, who stated she was authorized to receive same.

The person served is a white female, brown hair, 25-35 years old, 5'7"-5'9", 185-195 pounds.

                                          *Caswell Bryan*
                                          Caswell Bryan
                                          Lic. 846846

Sworn to before me this
17th day of August 2007.

NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 2010

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796