UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP MORDI, Individually and                                    :
on Behalf of All Other Persons Similarly Situated,                :
                                                                  :    07cv7192
    Plaintiffs,                                               :
                                                                  :
        -against-                                        :    **NOTICE OF**
                                                                  :    **APPEARANCE**
                                                                  :
                                                                  :
PLANNED SECURITY SERVICES, INC.                                   :
and THE PLANNED COMPANIES INC.                                    :
                                                                  :
        Defendants.                                       :
-----------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for **PHILIP MORDI**, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> BERGER & GOTTLIEB
> Jeffrey M. Gottlieb, Esq.
> 150 East 18th Street.
> Suite PHR
> New York, NY 10003
> Tel: (212) 228-9795
> Fax: (212) 982-6284

Dated: New York, New York
       August 22, 2007

                Respectfully submitted,

                **BERGER & GOTTLIEB**


                By: /s/ Jeffrey M. Gottlieb
                    Jeffrey M. Gottlieb