UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILIP MORDI, Individually and             :
on Behalf of All Other Persons Similarly Situated, :
                                           :     07cv7192
   Plaintiffs,                             :
                                           :
        -against-                          :     **NOTICE OF**
                                           :     **APPEARANCE**
                                           :
                                           :
PLANNED SECURITY SERVICES, INC.            :
and THE PLANNED COMPANIES INC.             :
                                           :
                Defendants.                :
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for

**PHILIP MORDI**, in the above-entitled action. All further notice and copies of

pleadings, papers, and other material relevant to this action should be directed to and

served upon:

>     BERGER & ASSOCIATES
>     Bradley Berger, Esq.
>     321 Broadway
>     New York, NY 10007
>     Tel: (800) 529-4444

Dated: New York, New York
       August 22, 2007

>     Respectfully submitted,
>
>     **BERGER & ASSOCIATES**
>
>
>     By: /s/ Bradley Berger
>         Bradley Berger