USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: SEP 1 1 2007

FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendants
Planned Security Services, Inc. and
The Planned Companies, Inc.
75 Eisenhower Parkway
Roseland, New Jersey 07068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP MORDI, Individually and on
Behalf of all other persons similarly
situated

          Plaintiff(s),

- against -

PLANNED SECURITY SERVICES, INC.,
THE PLANNED COMPANIES, INC.

          Defendant(s).

07 cv 7192 (GBD)

STIPULATION EXTENDING TIME
WITHIN WHICH TO ANSWER,
MOVE OR OTHERWISE RESPOND
TO THE COMPLAINT

It is hereby stipulated by and between the parties that the time within which defendants Planned Security Services, Inc. and the Planned Companies, Inc. may answer, move or otherwise respond to the Complaint is hereby extended from September 6, 2007 up to and including October 5, 2007.

By: _____
FRAN RUDICH
Locks Law Firm, LLC
10 East 55th Street, 12th Floor
New York, New York 10022

Dated:

By: _____
SUZANNE J. RICHERMAN
Fox Rothschild LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068

Dated: Sept. 4, 2007

SO ORDERED:

_____
HON. GEORGE B. DANIELS

SEP 1 1 2007

RL1 596851v1 09/04/07