FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants
Planned Security Services, Inc. and
The Planned Companies, Inc.
By: Suzanne J. Ruderman (SJR/1111)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP MORDI, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>PLANNED SECURITY SERVICES, INC. and THE PLANNED COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 07 cv 7192 (GBD)<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the Defendants Planned Security Services, Inc. and The Planned Companies, Inc. (hereinafter collectively referred to as "Defendants") through the undersigned attorney, hereby appears in this action. All pleadings and communications should be directed to the attention of:

    Suzanne J. Ruderman
    Fox Rothschild LLP
    75 Eisenhower Parkway
    Roseland, NJ 07068
    sruderman@foxrothschild.com
    Tel: (973) 992-4800
    Fax: (973) 992-9125

-2-

          Respectfully submitted,

          FOX ROTHSCHILD LLP
          Attorneys for Defendants
          Planned Security Services, Inc. and
          The Planned Companies, Inc.

          By:   /s/ Suzanne J. Ruderman
                Suzanne J. Ruderman (SJR/1111)

Dated: October 8, 2007