FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants
Planned Security Services, Inc. and
The Planned Companies, Inc.
By: Suzanne J. Ruderman (SJR/1111)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP MORDI, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>PLANNED SECURITY SERVICES, INC. and THE PLANNED COMPANIES, INC.<br><br>Defendants. | Civil Action No. 07 cv 7192 (GBD)<br><br>Electronically Filed<br><br>**ORDER TRANSFERRING VENUE TO THE DISTRICT OF NEW JERSEY** |

**THIS MATTER** having been opened to the Court by Fox Rothschild LLP, attorneys for Defendants Planned Security Services, Inc. and The Planned Companies, Inc. (hereinafter collectively referred to as "Defendants"), by way of motion seeking an Order, pursuant to 28 U.S.C. § 1404, granting Defendants' Motion and transferring this matter to the District of New Jersey, and the Court having reviewed the submissions of the parties, and good cause appearing;

IT IS ON THIS      day of           , 2007,

**ORDERED THAT** Defendants' motion be and is hereby **GRANTED** and that this matter be and is hereby transferred to the District of New Jersey; and

**IT IS FURTHER ORDERED** that Defendants shall provide a copy of the Order of the Court to plaintiff's counsel within seven (7) days of receipt of same.

RL1 622460v1

2

———————————————
HONORABLE GEORGE B. DANIELS, U.S.D.J.

This motion was:
    \_\_\_ opposed;
    \_\_\_ unopposed.

The decision of the Court was:
    \_\_\_ oral and placed on the record on _____;
    \_\_\_ written

Papers considered:
    \_\_\_ Defendants' Notice of Motion
    \_\_\_ Supporting Brief
    \_\_\_ Supporting Certification
    \_\_\_ Opposing Brief
    \_\_\_ Opposing Certification
    \_\_\_ Reply Brief
    \_\_\_ Reply Certification
    \_\_\_ Other: