FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants
Planned Security Services, Inc. and
The Planned Companies, Inc.
By: Suzanne J. Ruderman (SJR/1111)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PHILIP MORDI, Individually and On Behalf
of All Other Persons Similarly Situated,

      Plaintiff(s),

v.

PLANNED SECURITY SERVICES, INC. and
THE PLANNED COMPANIES, INC.,

      Defendants.

---

Civil Action No. 07 cv 7192 (GBD)

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Defendants Planned Security Services, Inc. and The Planned Companies, Inc. (hereinafter collectively referred to as "Defendants") submit this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant Planned Security Services, Inc. is a wholly-owned subsidiary of The Planned Companies, Inc. The Planned Companies, Inc. discloses that no publicly held corporation holds any of its stock.

                                  FOX ROTHSCHILD LLP

                                  By:   /s/ Suzanne J. Ruderman
                                          Suzanne J. Ruderman (SJR/1111)
                                          Attorneys for Defendants
                                          75 Eisenhower Parkway
                                          Roseland, New Jersey 07068
                                          (973) 992-4800

Dated: October 10, 2007