

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway
Roseland, NJ 07068
Tel 973.992.4800 Fax 973.992.9125
www.foxrothschild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 29 2007

Formerly Grotta, Glassman & Hoffman, P.C.

Theodore M. Eisenberg, Esq.
Office Managing Partner

Suzanne J. Ruderman
Direct Dial: (973) 994-7566

**SO ORDERED**

October 25, 2007

*George B. Daniels*

**VIA FACSIMILE AND REGULAR MAIL**
Honorable George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

HON. GEORGE B. DANIELS
OCT 29 2007

09485-00069

RE: **Philip Mordi v. Planned Security Services, Inc., *et al.*
Civil Action No.: 07 cv 7192 (GBD)**

Dear Judge Daniels:

This firm represents defendants Planned Security Services, Inc. and the Planned Companies, Inc. (hereinafter collectively referred to as "Defendants") with regard to the above-referenced matter. On August 17, 2007, the Court ordered the Initial Pre-Trial Conference in this matter to take place on October 30, 2007. On October 8, 2007, Defendants filed a motion to transfer venue to the District of New Jersey. In a letter dated October 10, 2007 (copy attached), Plaintiff agreed to stipulate to a transfer of venue to the District of New Jersey. Defendants have forwarded to Plaintiff's counsel, a Consent Order Transferring Venue to the District of New Jersey, and will file the Consent Order with the Court once it is duly executed by the parties.

Accordingly, Defendants respectfully request that the Court adjourn the Initial Pre-Trial Conference as the parties have agreed to transfer venue for this matter to the District of New Jersey.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

SUZANNE J. RUDERMAN

cc: Fran Rudich, Esq. – *(via facsimile and regular mail with enclosures)*
Enc.
KR/df

RL1 646753v1 10/25/07

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania