FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway
Roseland, NJ 07068
Attorneys for Defendants
Planned Security Services, Inc. and
The Planned Companies, Inc.
By: Suzanne J. Ruderman (SJR/1111)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 29 2007

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP MORDI, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>PLANNED SECURITY SERVICES, INC. and THE PLANNED COMPANIES, INC.<br><br>Defendants. | Civil Action No. 07 cv 7192 (GBD)<br><br>**CONSENT ORDER TRANSFERRING VENUE TO THE DISTRICT OF NEW JERSEY** |

This matter having been opened to the Court upon consent of the Locks Law Firm, attorneys for plaintiff Philip Mordi, individually and on behalf of all other persons similarly situated ("Plaintiff"), and Fox Rothschild LLP, attorneys for defendants Planned Security Services, Inc. and The Planned Companies, Inc. (collectively, "Defendants"), for an Order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the District of New Jersey, and for good cause shown;

IT IS ON this 29 day of October, 2007;

ORDERED that:

1. This matter be and is hereby transferred to the District of New Jersey;

2. Defendants shall file their answer to the complaint within fifteen (15) business days of the docketing of this action in the District of New Jersey; and

3. Counsel for Defendants shall serve a signed copy of this Order on all parties within seven (7) days of receiving it from the Court. OCT 2 9 2007

*George B. Daniels*
Honorable George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

The undersigned hereby consent to the
entry of the above Order.

| Locks Law Firm | Fox Rothschild LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| By: FRAN RUDICH | By: SUZANNE J. RUDERMAN |
| Dated: | Dated: 10/26/07 |

2

RL1 646262v1